955 A.2d 352

James SHAW, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY,
The Clerk of Court and The Philadelphia Police Dept.,
Respondents.

Supreme Court of Pennsylvania.

Aug. 20, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of August, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

Justice GREENSPAN did not participate in the consideration or decision of this matter.